UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| PORTERS NECK LIMITED, LLC, | ) |
| Appellant, | ) |
| v. | ) **JUDGMENT** |
| PORTERS NECK COUNTRY CLUB, INC., | ) Case No. 7:21-cv-83-BO |
| Appellee. | ) |

**Decision by Court.**

This action came before the Honorable Terrence W. Boyle, United States District Judge, for ruling as follows:

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Appellant's appeal shall be dismissed with prejudice and this matter closed.

**This Judgment Filed and Entered on August 16, 2021, and Copies To:**

| | |
|---|---|
| Jennifer B. Lyday | (via CM/ECF electronic notification) |
| Randolph M. James | (via CM/ECF electronic notification) |
| Thomas W. Waldrep, Jr. | (via CM/ECF electronic notification) |
| Alexander C. Dale | (via CM/ECF electronic notification) |
| Benjamin E.F.B. Waller | (via CM/ECF electronic notification) |
| Jenna F. Butler | (via CM/ECF electronic notification) |
| Paul A. Fanning | (via CM/ECF electronic notification) |
| Rebecca F. Redwine | (via CM/ECF electronic notification) |
| Parker W. Rumley | (via CM/ECF electronic notification) |

DATE                                            **PETER A. MOORE, JR., CLERK**

August 16, 2021                       By: /s/ Nicole Sellers

                                                                 Deputy Clerk